# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN  DIVISION

**GARRICK L. MILLER**                                                **PETITIONER**

**V.**                                       **NO. 1:26-cv-71-DMB-DAS**

**STATE OF MISSISSIPPI**                                  **RESPONDENT**

### ORDER REQUIRING PETITIONER TO SUBMIT AN AMENDED PETITION ON THE PROPER FORM; ALSO REQUIRING PETITIONER TO EITHER PAY THE FILING FEE OR SUBMIT A MOTION TO PROCEED *IN FORMA PAUPERIS*

**Garrick L. Miller**  has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.  The petitioner has not, however, used the court's standard form for such petitions.  The court uses these forms for the expeditious administration of *habeas corpus* petitions.

In addition, the petitioner is required to either pay the filing fee of $5.00 or submit a proper request to proceed *in forma pauperis.*  Petitioner will be provided the opportunity to submit either the $5.00 payment of the filing fee or the proper request to proceed *in forma pauperis.*

Therefore, it is **ORDERED:**

(1) The petitioner must complete and return the enclosed *habeas corpus* form within 21 days.

(2) That within 21 days petitioner is directed to either pay the filing fee with a money order or a check issued from his prison inmate account or fill out the attached application to proceed *in forma pauperis*, complete the authorization for release, and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Petitioner is directed to acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within 14 days of this date.  Petitioner is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his petition for failure to prosecute and for failure to comply with an order of the court.

This, the 6th day of February, 2026.


                                     **/s/      David A. Sanders**
                                     **UNITED STATES MAGISTRATE JUDGE**