IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**GARRICK L. MILLER**                                                                     **PETITIONER**

**V.**                                                                     **NO. 1:26-CV-71-DMB-DAS**

**MIKE DIXON, WARDEN,**
**EAST MISSISSIPPI CORRECTIONAL**
**FACILITY**                                                                     **RESPONDENT**

## FINAL JUDGMENT

In accordance with the order issued this date, this case is dismissed with prejudice.

**SO ORDERED**, this 9th day of July, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**